IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AGENCY FOR HEALTH CARE ADMINISTRATION,

Appellant,

v.

THE CHRYSALIS CENTER, INC.,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED.

CASE NO. 1D14-2944

Opinion filed August 1, 2014.

An appeal from an order of the State of Florida, Division of Administrative Hearings.
Robert E. Meale, Administrative Law Judge.

Stuart F. Williams, General Counsel, and Tracy Lee George and Cynthia L. Hain, Assistant General Counsels, Tallahassee, for Appellant.

Katherine E. Giddings, Kristen M. Fiore and Steven A. Grigas, of Akerman LLP, Tallahassee; Eduardo R. LaCasa, Coral Gables, for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of July 10, 2014, the Court has determined that the appeal is premature. Dep't of

Children & Families v. Monroe, 744 So. 2d 1163, 1164 (Fla. 1st DCA 1999) ("the order does not set the amount of attorney's fees and is therefore non-final and non-appealable as to attorney's fees"); Scullin v. City of Pensacola, 667 So. 2d 215, 216 (Fla. 1st DCA 1995) (dismissing appeal from order granting a motion for costs and fees that reserved jurisdiction to determine the amounts). Accordingly, the appeal is dismissed for lack of jurisdiction.

THOMAS, CLARK, and SWANSON, JJ., CONCUR.